UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| AFRICA CLOTHING CORP., | § § § § § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. 1:09-cv-00479 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § § | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File out of Time a Motion for Extension of Time to Remain on Reserve Calendar, and good cause having been shown, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File out of Time is granted; and it is further

**ORDERED** that Plaintiff's Motion for Extension of time to Remain on Reserve Calendar is granted, extending the time for this case to remain on Reserve Calendar an additional 366 days, i.e., until May 31, 2012.

_____
**JUDGE**

**Dated:** _____, 2011

Pursuant to Rule 82(b)(1) the above motion is granted.
Date: 5-9-11
Clerk of the Court
By: _____ Deputy Clerk